```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
JUAN JOSE CHAPMAN VELOZ,                                               :
                                                                       :
                        Plaintiff,                                     :
                                                                       :
                -v-                                                    :   25 Civ. 3409 (JPC)
                                                                       :
CHESTNUT HOLDINGS OF NEW YORK, INC., et al.,                           :   ORDER
                                                                       :
                        Defendants.                                    :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

       At the pre-motion teleconference scheduled for November 18, 2025, at 2:00 P.M., the parties should also be prepared to discuss whether Plaintiff has Article III standing to bring claims under the New York Labor Law's wage-notice and wage-statement provisions, Dkt. 16 ¶¶ 116-127 (citing N.Y. Lab. Law § 195(1), (3)). *See, e.g.*, *Guthrie v. Rainbow Fencing Inc.*, 113 F.4th 300 (2d Cir. 2024); *Giancotti v. Pizzarotti LLC*, No. 23 Civ. 3457 (JPC), 2025 WL 2607606, at *17-18 (S.D.N.Y. Sept. 9, 2025).

       SO ORDERED.

Dated: November 13, 2025  
       New York, New York

                                          JOHN P. CRONAN  
                                          United States District Judge