```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
JUAN JOSE CHAPMAN VELOZ,                                               :
                                                                       :
                              Plaintiff,                               :
                                                                       :
                -v-                                                    :   25 Civ. 3409 (JPC)
                                                                       :
CHESTNUT HOLDINGS OF NEW YORK, INC., *et al.*,                         :   ORDER
                                                                       :
                              Defendants.                              :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

By November 25, 2025, the parties shall also file a letter with the Court stating whether they request a referral to the assigned Magistrate Judge for a settlement conference or to the Court-annexed mediation program.

SO ORDERED.

Dated: November 18, 2025
New York, New York

_____
JOHN P. CRONAN
United States District Judge