UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------X
                  :

JUAN JOSE CHAPMAN VELOZ,           :

                  :

           Plaintiff,         :

                  :

      -v-             :         25 Civ. 3409 (JPC)

                  :

CHESTNUT HOLDINGS OF NEW YORK, INC., *et al.*,  :        ORDER

                  :

         Defendants.      :

                  :

----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On November 25, 2025, the Court adjourned the deadline to submit a proposed Case Management Plan ("CMP"), at the parties' request, to December 29, 2025. Dkt. 26. That date has passed, and the proposed CMP has not been filed. The parties shall file the CMP, or request an extension to file the CMP, by January 9, 2026.

SO ORDERED.

Dated: January 5, 2026
      New York, New York

                           JOHN P. CRONAN
                       United States District Judge