

**Joseph Jeziorkowski** | Partner
**Daniel Folchetti** | Senior Counsel
2975 Westchester Ave Suite 418 | Purchase, NY 10577
Main 914.730.2422 | Fax 909.677.2290
JJJ@valiantlaw.com | DCF@valiantlaw.com

January 8, 2026

**VIA ECF**

Hon. John P. Cronan, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl St., Room 1320 New York,
New York 10007
Email: CronanNYSDChambers@nysd.uscourts.gov

       Re:    *Chapman Veloz v. Chestnut Holdings of New York, Inc. et al.*
              Case No.: 1:25-cv-03409-JPC
              <u>Joint Request for Adjournment</u>

Dear Judge Cronan:

We represent Plaintiff in the above-referenced matter.  Pursuant to Your Honor's directive (Doc. No. 32), we write jointly with Defendants' counsel to request a 30-day adjournment to file the proposed case management plan.

Importantly, the Parties have committed to the mediation process and are scheduled for a mediation session on February 5, 2026.  In the interim, the Parties are continuing their substantive discussion of potential resolution.

We thank the Court for its time and consideration.

Respectfully submitted,

VALIANT LAW

JOSEPH JEZIORKOWSKI
DANIEL FOLCHETTI

The instant request is granted.  The deadline to submit a proposed Case Management Plan is now February 11, 2026. The Clerk of Court is respectfully directed to close Docket Number 33.

SO ORDERED.
Date: January 12, 2026
New York, New York

JOHN P. CRONAN
United States District Judge