

**Joshua A. Druck**
**Direct Dial 973-946-8298**
jdruck@lawgmm.com

February 4, 2026

<u>VIA ECF</u>
Hon. John P. Cronan, U.S.D.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, New York 10007-1312

   Re: Chapman Veloz v. Chestnut Holdings of New York, Inc. et al.
      1:25-cv-03409-JPC

Dear Judge Cronan:

  This firm represents defendants Chestnut Holdings of New York, Inc., 1231 LLC and Jonathan Wiener in the above-referenced matter. We write jointly with counsel for plaintiff Juan Jose Chapman Veloz to advise the Court that the parties have reached a settlement in principle and intend to file the necessary papers with the Court pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), within 30 days. In light of the settlement, the parties respectfully request that all current deadlines be adjourned *sine dine*.

  We thank the Court for its attention to this matter.

         Respectfully,

         */s/ Joshua A. Druck*

         Joshua A. Druck

cc: All counsel of record (via ECF)

163 Madison Avenue, Suite 500 • P.O. Box 1449 • Morristown • New Jersey 07962-1449
T 973.946.8360 • F 973.946.8252